**S. J. Beaulieu, Jr., Chapter 13 Trustee**  433 Metairie Road, Suite 307
(504)831-1313  Metairie, LA 70005

Debtor(s): _Matthews_  Case No. _17-10993_
Attorney: _Bickham_  Date: _5·3·17_

| The following Deficiencies have been found in this case: |

**I.**
Priority Claims: ☐ Case involves a Domestic Support Obligations (DSO)
☐ Taxes owed  ☐ Personal Injury debt  ☐ Student Loan  ☐ Debt due on Retirement Account
☐ Please Provide  ☐ Full name, address and telephone number of claim holder and State
Support Agency for DSO and ☐ Copy of Judgment for DSO ☐ _____
☐ Credit counseling Certificate (Form 23) and Repayment Plan or Exemption Certificate (§ 521(b))
☐ To avoid a MTD, 60 days' pay advices needed (& days before MOC) for ☐ Debtor ☐ Spouse
☐ _____
☐ To avoid a MTD, debtor must provide (7 days before MOC) Tax Return(s) (or transcripts) for the
Tax year: ☐ _____
Debtor(s) must certify the filing of all tax returns for the 4 years preceding the case
☐ Need Employment information and Income/Expense itemization on Non-Filing Spouse.
☐ Schedule I & J ☐ including statement of anticipant increase/decrease in income ☐Other
☐ Debtor in business/Self-Employed:
Debtor must provide: ☐ Statement of Affairs ☐ Balance Sheet  ☐ Profit & Loss  ☐ Business Budget
☐ Tax Returns for: _____

**II.**
☐ Fixed Fee Agreement _____
**Chapter 13 Plan:**
☐ Needs Liquidation Analysis    ☐ Fails liquidation test: _____
☐ Applicable Commitment period is 60 months: ☐ Debtor's plan is for: _____ months.
☐ Broker's Price Opinion (BPO) on: ☐ Debtor's residence ☐ Other _____
☐ Must state collateral value for each secured creditor. _____
☐ Lines 7, 9, 10 and 21 exceed IRS Standards by $ _____ on Schedule J _____
☐ Need proof of charitable contribution (front and back of checks). Bank statements with contribution and totaled.
☑ _SOFA #4 &/or #5 incomplete_
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____

The deadline to respond to the Deficiencies is _5·10·17_.