# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| MILTON MATTHEWS<br>1629 NORTH ROMAN STREET<br>NEW ORLEANS LA  70116 | 17-10993<br>Chapter 13<br>Section A |

### TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

#4 AND #5 ON SOFA ARE NOT COMPLETE.

The hearing on confirmation is set for June 13, 2017 at 11:30 am

Attorney for debtor:

RAPHAEL BICKHAM
rbickham@bickhambrumfield.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

05/22/2017              by: /s/ Karye Kelly