UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:                                :         CASE NO. 17-10993

MILTON MATTHEWS
                                      :         CHAPTER 13

## OBJECTION TO CHAPTER 13 PLAN

**NOW INTO COURT**, through undersigned counsel, comes **IBERIABANK**, a secured creditor of the debtor, **MILTON MATTHEWS**, which objects to confirmation of the proposed Chapter 13 Plan as follows:

1.

Debtor, **MILTON MATTHEWS**, filed a petition for relief under Chapter 13 of Title 11 of the United States Code on April 19, 2017 under the above captioned case number.

2.

This Court has jurisdiction over this Objection and proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

A proposed Chapter 13 Plan has been filed herein also on April 19, 2017 and is set for Confirmation on June 13, 2017 to which this Objection is made in the following respects:

4.

**IBERIABANK** is a secured creditor of the debtor as evidenced by its secured Proof of Claim dated and filed May 19, 2017, in the amount of $69,245.17 of which $8,536.86 is the arrearage.

5.

**IBERIABANK** holds a perfected secured interest by recordation of an act of Mortgage dated November 13, 2013 and recorded November 18, 2013 under File Number 2013-43919, all of the records of Orleans Parish, Louisiana, in and to the property described as follows, to wit:

> *ONE CERTAIN LOT OR PORTION OF GROUND together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenance and advantages thereunto belong in or anywise appertaining, situated in the THIRD DISTRICT of the City of New Orleans, Parish of Orleans, State of Louisiana, and designated as LOT 2 of SQUARE NO. 893, is bounded by N. Roman Street, St. Bernard avenue, Ongaza Street, Lapeyrouse Street and N. Prieur Street. Lot 2 commences at a distance of 46.0 feet from the corner of N. Roman Street and St. Bernard Avenue and measures thence 31.0 fett front on N. Roman Street, by a depth starting towards the right of 101.0 feet, 4 inches, 2 lines, all in accordance with and as more fully shown on a survey of J.J. Krebs and Sons.*
>
> *Improvements bear Municipal No. 1629 North Roman Street, New Orleans, Louisiana.*

6.

The proposed Chapter 13 Plan is objectionable in several regards:

1. The plan payments proposed to secured creditor **IBERIABANK** are generally deficient and do not adequately protect its secured interests, but in the following specific regards.

2. The Plan, or schedules and filings upon which the Plan is based, misstates the amount of the secured claim reciting the claim as $64,064.00 when the secured claim is instead $69,245.17 evidence by Proof of Claim filed for **IBERIABANK** on May 19, 2017.

3. The Plan misstates the amount of the arrearages reciting the pre-petition arrearages as $4,366.00 when they are instead $8,536.86 evidence by Proof of Claim filed for **IBERIABANK** on May 19, 2017.

4. The Plan has no clear indication of the contract rate of interest being 5.60% per annum on post-petition regular monthly payments and the monthly payment also including a potentially variable amount for escrows.

all of which should all be provided under the Plan.

7.

**IBERIABANK** submits that the collateral property's value is $120,000.00 (Debtor's schedules) or $130,000.00 (**IBERIABANK** valuation) making it fully secured for the stated claim amount of $69,245.17, and it should be paid all pre-petition arrearages due and that amount due long term outside the plan at the stated and fixed rate of interest of 5.60% plus escrows, which will generate a prescribed monthly payment for the life of the Plan and long-term outside and/or beyond the life of the Plan. See Proof of Claim dated May 17, 2017 and filed May 19, 2017 for copy of Note, Mortgage and other loan documents offered in support hereof.

W H E R E F O R E, **IBERIABANK** prays that these objections be deemed good and sufficient and that confirmation of the currently proposed Chapter 13 Plan be denied as proposed.

                          LANDRY, WATKINS, REPASKE & BREAUX

                          BY:   /s/ Kreig A. Breaux
                              KREIG A. BREAUX (Bar Roll #21496)
                            211 East Main Street
                            Post Office Drawer 12040
                            New Iberia, Louisiana 70562-2040
                            Telephone: 337/364-7626
                                            337/234-5921
                            Facsimile:   337/367-2715
                            Email:       kreig.breaux@landrywatkins.com
                            ATTORNEYS FOR IBERIABANK

-4-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Objection to Chapter 13 Plan was served on:

*Milton Matthews 1629 North Roman Street, New Orleans, LA 70116*
*Office of the U.S. Trustee 400 Poydras Street Suite 2110 New Orleans, LA 70130-3238*
*Raphael Bickham 1515 Poydras Street Suite 1445 New Orleans, LA 70112-3758*
*S. J. Beaulieu Jr. 433 Metairie Road Suite 307 Metairie, LA 70005-4326*

either via U.S. Mail properly posted and addressed or through this Court's CM/ECF system this 25th day of May, 2017.

/s/ Kreig A. Breaux
KREIG A. BREAUX