# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| MILTON MATTHEWS<br>1629 NORTH ROMAN STREET<br>NEW ORLEANS LA  70116 | 17-10993<br>Chapter 13<br>Section A |

## SECOND AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

PLAN IS UNFEASIBLE WITH DEFICIENCY PROOF OF CLAIM FILED BY ALLY FINANCIAL

The hearing on confirmation is set for June 13, 2017 at 11:30 am

Attorney for debtor:

RAPHAEL BICKHAM
rbickham@bickhambrumfield.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

06/07/2017          by: /s/ Karye Kelly