# United States Bankruptcy Court
Eastern District of Louisiana

---

| | |
|---|---|
| MILTON MATTHEWS<br>1629 NORTH ROMAN STREET<br>NEW ORLEANS LA  70116 | **17-10993**<br>Chapter 13<br>Section A |

---

### MOTION TO SET ASIDE TRUSTEE'S OBJECTION TO CLAIM

---

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that his objection (pleading #12) to the claim filed in this case by the below-named creditor in the amount of $1,555.78 and the related hearing set for June 27, 2017 be set aside and dismissed, and that the claim therefore be ALLOWED.

Claimant:

SPRINGLEAF/ONE MAIN FINANCIAL
PO BOX 3251
EVANSVILLE IN  47731

Court's claim #1

Account #5189

Attorney for Debtor:

RAPHAEL BICKHAM
rbickham@bickhambrumfield.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor and the pertinent creditor.

06/12/2017                                     by: /s/ Karye Kelly