# United States Bankruptcy Court

Eastern District of Louisiana

MILTON MATTHEWS
1629 NORTH ROMAN STREET
NEW ORLEANS LA 70116

**17-10993**
Chapter 13
Section A

## ORDER GRANTING TRUSTEE'S MOTION TO SET ASIDE OBJECTION TO CLAIM

Considering the Trustee's Motion to Set Aside Objection to Claim,

IT IS HEREBY ORDERED that the Trustee's objection to the claim filed in this case by the below-named creditor in the amount of $1,555.78 as well as the related hearing scheduled for 6/27/2017 be set aside and dismissed; and that the claim is ALLOWED.

Claimant:

SPRINGLEAF/ONE MAIN FINANCIAL
PO BOX 3251
EVANSVILLE IN 47731

Court's claim #1

Trustee's Claim #9

Account #5189

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 14, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge