# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| MILTON MATTHEWS<br>1629 NORTH ROMAN STREET<br>NEW ORLEANS LA  70116 | **17-10993**<br>Chapter 13<br>Section A |

### TRUSTEE'S MOTION TO DISMISS CASE for NON-COMPLIANCE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who reports that this case is not in compliance with its plan, and therefore prays that the case be dismissed.  There have been no previous Motions to Dismiss for Non-Compliance filed herein.  As of September  15, 2017, plan payments are in arrears $1,134.00, or 4 months.  Subject to amendment or claim, there remain 73 months to complete the plan.  The last four (or all if fewer than four) plan payments received by the Trustee are as follows:

06/14/2017  $ 338.00

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

November  21, 2017 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's attorney no later than seven days before the hearing. If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

| | |
|---|---|
| Attorney for debtor:<br><br>RAPHAEL BICKHAM<br>rbickham@bickhamlaw.com | /s/ S.J. Beaulieu, Jr.<br>S.J. Beaulieu, Jr.<br>Chapter 13 Trustee |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the following document was served on 09/15/2017 by first class mail, prepaid, upon the debtor and required parties:

MILTON MATTHEWS
1629 NORTH ROMAN STREET
NEW ORLEANS, LA 70116-0000

MIDLAND CREDIT MANAGEMENT
PO BOX 2011
WARREN, MI 48090-0000

SPRINGLEAF/ONE MAIN FINANCIAL
PO BOX 3251
EVANSVILLE, IN 47731-3251

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541-0000

IBERIABANK
1743 MAIN ST
SARASOTA, FL 34236-0000

ALLY FINANCIAL
PO BOX 78369
PHOENIX, AZ 85062-0000

HARRISON FINANCE
% FONTANA & FONTANA LLC
1022 LOYOLA AVE
NEW ORLEANS, LA 70113-0000

AMERICAN INFOSOURCE AS AGENT FOR
DIRECTV
PO BOX 5008
CAROL STREAM, IL 60197-5008

BY: /s/Ann Agrillo