# United States Bankruptcy Court

Eastern District of Louisiana

---

| | |
|---|---|
| MILTON MATTHEWS<br>1629 NORTH ROMAN STREET<br>NEW ORLEANS LA  70116 | **17-10993**<br>Chapter 13<br>Section A |

---

### TRUSTEE'S OBJECTION TO CLAIM and NOTICE OF HEARING

---

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $701.28 by the below-named creditor be disallowed.  Grounds for this objection are as follows:

THE LAST PAYMENT MADE WAS NOT LISTED. IF A PAYMENT WAS NOT MADE WITHIN THE LAST THREE YEARS, ACCORDING TO BANKRUPTCY RULES, THE CLAIM SHOULD BE MARKED AS PRESCRIBED.

Claimant:

MIDLAND CREDIT MANAGEMENT
PO BOX 2011
WARREN MI  48090

Court's claim #6

Account #9974

NOTICE IS HEREBY GIVEN that any party opposing this objection must file a response with the Clerk of Court no later than seven days before the hearing, which is scheduled for:

November 21, 2017 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

If no timely response is filed, the court may grant the relief requested without the necessity of a hearing.

Attorney for debtor:

RAPHAEL BICKHAM
rbickham@bickhamlaw.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein. |
| 10/12/2017               by: Davi George |