| United States Bankruptcy Court<br>Eastern District of Louisiana | 17-10993<br>Section A |
|---|---|
| *TRUSTEE'S NOTICE OF INTENTION TO PAY CLAIMS* | Chapter 13 |

MILTON MATTHEWS
1629 NORTH ROMAN STREET
NEW ORLEANS LA  70116

Notice is hereby given that the Trustee intends to pay the creditors who have filed claims as listed below. Any party in interest who objects to the payment of any of these claims must file an objection, with service upon the Trustee, the debtor, the debtor's attorney, and the claimant, pursuant to FRBP 3007. Absence of a timely objection will be construed as approval by the debtor of the claims as listed.

|    | Name                              | Account Number | Type          | Claim Amount |
|----|-----------------------------------|----------------|---------------|--------------|
| 0  | RAPHAEL BICKHAM                   | NOT PROVIDED   | ATTORNEY FEE  | 2,500.00     |
| 1  | ALLY FINANCIAL                    | 5000           | SURRENDERED   | 0.00         |
| 2  | IBERIABANK                        | 4856           | PRE PET ARRS  | 8,536.86     |
| 3  | IBERIABANK                        | 4856           | DIRECT PAY    | 60,708.31    |
| 5  | HARRISON FINANCE                  | 2214           | UNSECURED     | 1,370.46     |
| 6  | HARRISON FINANCE                  | 8594           | UNSECURED     | 804.58       |
| 8  | MIDLAND CREDIT MANAGEMENT         | 9974           | PRESCRIBED    | 701.28       |
| 9  | SPRINGLEAF/ONE MAIN FINANCIAL     | 5189/2089      | UNSECURED     | 1,555.78     |
| 10 | PRA RECEIVABLES MANAGEMENT LLC    | 1367           | UNSECURED     | 713.38       |
| 12 | ALLY FINANCIAL                    | 5000           | UNSECURED     | 10,311.97    |
| 13 | AMERICAN INFOSOURCE AS AGENT FOR  | 3698           | UNSECURED     | 276.36       |

Attorney for Debtor:

RAPHAEL BICKHAM
rbickham@bickhamlaw.com

/s/ S.J. Beaulieu,Jr.
S.J. Beaulieu, Jr., Chapter 13 Trustee

| CERTIFICATE OF SERVICE |
|---|
| I certify that this notice was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein. |
| 10/12/2017        by:   /s/ Nicole Lane |